UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>1985 CHEVROLET EL CAMINO, *et al.*,<br><br>　　　　Defendants. | NO. CV-09-172-RHW<br><br>**ORDER DENYING CLAIMANTS' MOTION TO DISMISS** |

　　Before the Court is Claimants' Motion to Dismiss (Ct. Rec. 28). A hearing on this motion was held on March 22, 2010. The Government was represented by Assistant United States Attorney James Goeke; Claimants were represented by Richard Wall. At the hearing, the Court denied the motion, and this order memorializes that oral ruling.

　　Accordingly, **IT IS HEREBY ORDERED** that Claimants' Motion to Dismiss (Ct. Rec. 28) is **DENIED** for the reasons set forth at the hearing.

　　**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel.

　　**DATED** this 25th day of March, 2010.

　　　　　　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　　United States District Judge

Q:\CIVIL\2009\1985 Chevrolet El Camino\deny.dismiss.ord.wpd

**ORDER DENYING CLAIMANTS' MOTION TO DISMISS** * 1